# Exhibit 1



# PURCHASE ORDER

**PLEASE INSERT PO # ON INVOICE**
**PLEASE SEND INVOICE TO "ap@mullenusa.com"**

Mullen Technologies, Inc.
1405 Pioneer Street
Brea, CA 92821
714-613-1900

| | |
|---|---|
| P.O. NO.: | 2-220519-07 |
| DATE: | May 19, 2022 |
| P.R. Ref.: | 1-220518-01 |

| | | | |
|---|---|---|---|
| VENDOR: | RLE International, Inc. | SHIP TO: | Mullen Technologies, Inc. |
| Address: | 11400 Metro Airport Center Drive, Suite 100 | | 1405 Pioneer Street |
| | Romulus, MI 48174 | | Brea, CA, 92821 |
| Phone: | (317) 201-8752 | | (714) 613-1900 |
| Fax: | (313) 429-2075 | | |
| Contact: | David Cripps | | Corry Davis |
| Email: | David.Cripps@rleusa.com | | cdavis@mullenusa.com |
| WEB: | www.rle.international | | www.mullenusa.com |

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | December 31, 2022 |

| PAYMENT TERMS | NOTES | |
|---|---|---|
| 1st Pmt. 30% (1,084,705.80-316,500.=768,205.80)required to start program<br>2nd Pmt. 30% (1,084,705.80) due 6/30/22<br>3rd Pmt. 30% (1,084,705.80) due 8/31/22<br>4th is the remaining bal. = 361,568.60 due 12/31/22 | NOTES: | Quote # Q10353_E     Supplier is to design, build, integrate and validate complete 2 off Track Vehicles (modified donor SQS ) to include Chassis modifications, Body and electrical and controls systems. This includes High and Low Voltage Wiring, Vehicle Communication Network (CAN), Motec data acquisition system, Functional Performance, and Functional Safety. The base vehicle including Electric Drive Units (EDU) and battery modules with Battery Management System (BMS) will be provided by Mullen and its program partners. The function and electrical integration of these components is the responsibility of the supplier and must meet or exceed all defined performance and safety requirements. The RS prototype function, material, appearance, packaging, and other requirements are listed in "Appendix A |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | EE/HV/Basttery-VCU-FutureMotiv | 1 | $ 1,245,521.00 | $ 1,245,521.00 |
| 2 | Bodywork: Special Projects | 1 | $ 750,000.00 | $ 750,000.00 |
| 3 | Chassis: RLE - Germany | 1 | $ 718,531.00 | $ 718,531.00 |
| 4 | Build/Engineering: RLE USA | 1 | $ 751,634.00 | $ 751,634.00 |
| 5 | Materials/Parts | 1 | $ 75,000.00 | $ 75,000.00 |
| 6 | Travel | 1 | $ 75,000.00 | $ 75,000.00 |
| | | | SUBTOTAL | $ 3,615,686.00 |
| | | | SALES TAX | - |
| | | | TOTAL | $ 3,615,686.00 |

Authorized by                                                                 Date

*David Michery | Makayla Brown (under $5,000.00)*

**Instructions:**

1. Please send two(2) copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.

3. Please notify us immediately, if you are unable to ship as specified.
4. E-Mail all correspondence to:  jt cdavis@mullenusa.com

*CEO          | Executive Assisstant to the CEO*
*Mullen Technologies, Inc.*

# PURCHASE REQUEST

**MULLĒN**

Mullen Technologies, Inc.
1405 Pioneer Street
Brea, CA 92821

714-613-1900

| | | |
|---|---|---|
| **P.R. NO.:** | | 1-220518-01 |
| **DATE:** | | May 18, 2022 |
| **Cost Center #:** | | |
| **Cost Center:** | | Development |

| | | | | |
|---|---|---|---|---|
| **VENDOR:** | RLE International, Inc. | | **SHIP TO:** | Mullen Technologies, Inc. |
| **Address:** | 11400 Metro Airport Center Drive, Suite 100 | | | One Mullen Automotive Drive |
| | Romulus, MI 48174 | | | Robinsonville, MS 38664 |
| **Phone:** | (317) 201-8752 | | | 662-664-5662 |
| **Fax:** | (313) 429-2075 | | | |
| **Contact:** | David Cripps | | | Corry Davis |
| **Email:** | David.Cripps@rleusa.com | | | cdavis@mullenusa.com |
| **WEB:** | www.rle.international | | | www.mullenusa.com |

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | December 31, 2022 |

| PAYMENT TERMS | NOTES: | |
|---|---|---|
| 1st Pmt. 30% (1,084,705.80-316,500.=768,205.80)required to start program<br>2nd Pmt. 30% (1,084,705.80) due 6/30/22<br>3rd Pmt. 30% (1,084,705.80) due 8/31/22<br>4th is the remaining bal. = 361,568.60 due 12/31/22 | | Quote # Q10353_E                                                    Supplier is to design, build, integrate and validate complete 2 off Track Vehicles (modified donor SQ5 ) to include Chassis modifications, Body and electrical and controls systems. This includes High and Low Voltage Wiring, Vehicle Communication Network (CAN), Motec data acquisition system, Functional Performance, and Functional Safety. The base vehicle including Electric Drive Units (EDU) and battery modules with Battery Management System (BMS) will be provided by Mullen and its program partners. The function and electrical integration of these components is the responsibility of the supplier and must meet or exceed all defined performance and safety requirements. The RS prototype function, material, appearance, packaging, and other requirements are listed in "Appendix A |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | EE/HV/Basttery-VCU-FutureMotiv | 1 | 1,245,521.00 | $ 1,245,521.00 |
| 2 | Bodywork: Special Projects | 1 | 750,000.00 | $ 750,000.00 |
| 3 | Chassis: RLE - Germany | 1 | 718,531.00 | $ 718,531.00 |
| 4 | Build/Engineering: RLE USA | 1 | 751,634.00 | $ 751,634.00 |
| 5 | Materials/Parts | 1 | 75,000.00 | $ 75,000.00 |
| 6 | Travel | 1 | 75,000.00 | $ 75,000.00 |
| | | | | |
| | | | | |
| | | | SUBTOTAL | $ 3,615,686.00 |
| | | | SALES TAX | |
| | | | TOTAL | $ 3,615,686.00 |

**Instructions:**

1. Please send two(2) copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.

3. Please notify us immediately, if you are unable to ship as specified.
4. E-Mail all correspondence to: jb cdavis@mullenusa.com

Authorized by                                                                    Date

*Corry Davis*

*Department Manager*
*Mullen Technologies, Inc*

1 of 1

Engineering Excellence. Worldwide.



**RLE** INTERNATIONAL

May 11, 2022

Corry Davis
Mullen Automotive
One Mullen Automotive Drive
Robinsonville, MS 38664

**RLE International Engineering Quote # Q10353_E – Superseding all previous quotes**

Subject:  **Mullen – Two off Track Vehicles complete**

Dear Corry,

Thank you for giving RLE International the opportunity to participate in the bid for the two Mullen track vehicles. Based on the SOW received at time of quote we are pleased to offer the following commercial proposal to support the program.

We sincerely appreciate the opportunity to be considered for this project and feel RLE International is uniquely positioned with our inhouse expertise within the E Mobility segment to support Mullen Automotive, with this program and others. We look forward to your feedback.

Sincerely,
RLE INTERNATIONAL, INC.

DocuSigned by:
*David Cripps*
B04B0FF3D0C94E3
David Cripps
VP of Engineering

This quote and its contents are strictly confidential and are intended for the recipient only.

RLE INTERNATIONAL, Inc.
Dearborn Engineering Center
15041 Commerce Drive South • Dearborn MI 48120
Phone: (248) 498-5200 • Fax: (313) 429-2075
www.rle.international
[Page 1]

Engineering Excellence. Worldwide.



RLE USA and Special Projects will work together on the manufacturing and installation of the Vehicle Bodywork.

**Pricing**

Version 4: **Two complete Vehicles**

| Area | | Total |
|---|---|---|
| **EE/HV/Battery VCU** | FutureMotiv | $1,245,521 |
| **Bodywork:** | | |
| | Special Projects | $750,000 |
| **Chassis:** | | |
| | RLE - Germany | $718,531 |
| **Build/Engineering:** | | |
| | RLE USA | $751,634 |
| **Materials/Parts:** | | $75,000 |
| **Travel** | | $75,000 |

|  | Total | $3,615,686 |
|---|---|---|

This quote and its contents are strictly confidential and are intended for the recipient only.

RLE INTERNATIONAL, Inc.
11400 Metro Airport Center Drive
Suite 100
Romulus, MI 48174

www.rle.international

Engineering Excellence. Worldwide.



**RLE** INTERNATIONAL

**Gate 3:**

- Complete Vehicles
- Complete validation testing/ shakedown
    - Ensure functional, performance, and safety requirement are met
- Mullen Approval and vehicle acceptance

    - 1st Payment of 30% required to commence program development.
        - Currently RLE have received $316,500 (outstanding to new quote is $768,206)
    - 2nd Payment of 30% required end of June 2022
    - 3rd Payment of 30% required end of August 2022
    - 4th Payment of 10% required prior to vehicle delivery December 2022

- Deviations or changes in scope of project will be subject to re-quote.
- Deviations and additional requests beyond the quoted responsibilities will be tracked and priced through the RLE change management prior to execution.
- Please indicate our Quotation No. 10353-E in your order and any project related correspondence.
- Payment Terms: Due on receipt.
- RLE General Terms and Conditions apply unless otherwise stated in this document.

This quote and its contents are strictly confidential and are intended for the recipient only.

RLE INTERNATIONAL, Inc
11400 Metro Airport Center Drive
Suite 100
Romulus, MI 48174

www.rle.international