# Exhibit 2



**RLE INTERNATIONAL, INC.**
11400 Metro Airport Center Drive
Suite 100
Romulus, MI 48174

PH: 248.498.5200
Email: Accounting@rleusa.com

*Engineering Excellence. Worldwide.*

**RLE INTERNATIONAL**

# Invoice

| Invoice No | Date |
|---|---|
| 39069 | 12/19/2024 |

**Sold To:**
Mullen Technologies, Inc.
Attn: Corry Davis
1405 Pioneer Street
Brea, CA 92821

**Ship to / Care Of:**
Mullen Technologies, Inc.
Attn: Corry Davis
1405 Pioneer Street
Brea, CA 92821

| Purchase Order | Release No. | Payment Term | Project Description | Period and/or Quote Number |
|---|---|---|---|---|
| PO2-220519-07 | 10353 | Due on receipt | FiveRS Vehicle Design and Build | 4th Payment |

| Hours/Qty | Description | Rate | Amount |
|---|---|---|---|
|  | PO2-220519-07, Quote # 10353 |  |  |
|  | Mullen FiveRS Vehicle Design and Build |  |  |
| 1 | Mullen FiveRS Vehicle Design and Build - Completion of Car 1 & 2 | 361,568.40 | 361,568.40 |

Invoices that are not paid in full on the due date shall accrue daily interest of 0.2% of the unpaid amount until the date of settlement; whenever the non-payment is attributable to the client.

| | |
|---|---|
| **Total** | USD 361,568.40 |
| **Credits** | USD 0.00 |
| **Balance Due** | USD 361,568.40 |

**Bank Account Information:**
ACH Transfers To:
RLE International, Inc
Bank of America
Routing : 072000805
Account : 375011526619

**Bank Account Information:**
Wire Funds To:
RLE International, Inc.
Bank of America
Routing : 026009593
Account : 375011526619
Swift Code: BOFAUS3N