# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**RLE INTERNATIONAL, INC.**, a Michigan corporation

                 Plaintiff,

v.

**MULLEN TECHNOLOGIES, INC.**, a California corporation,

                 Defendant.

Case No. 2:25-cv-10582

Hon. Judge Denise Page Hood

## STIPULATED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter having come before the Court upon the stipulation of the parties and with the understanding that the parties are continuing to try and resolve their dispute, the parties have completed the physical inspections, in accordance with L.R. 7.1, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant shall be permitted an extension of time, up to and including Wednesday, August 13, 2025, to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: August 4, 2025

s/Denise Page Hood
United States District Judge

**STIPULATED AND AGREED.**

| | |
|---|---|
| */s/ with consent of Michael M. Jacob* | */s/ Kristopher K. Hulliberger* |
| Michael M. Jacob (P15391) | HOWARD & HOWARD ATTORNEYS PLLC |
| Young Basile Hanlon & MacFarlane, P.C. | Kristopher K. Hulliberger (P66903) |
| 3001 W. Big Beaver Rd., Ste. 624 | 450 West Fourth Street |
| Troy, MI 48084 | Royal Oak, MI 48067 |
| (248) 649-3333 / (248) 649-3338 Fax | (248) 723-0453 |
| jacob@youngbasile.com | kkh@h2law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Date: August 4, 2025 | Date: August 4, 2025 |