UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RLE INTERNATIONAL, INC., a
Michigan corporation,

    Plaintiff/Counter-Defendant,

v.

MULLEN TECHNOLOGIES, INC., a
California corporation,

    Defendant/Counter-Plaintiff.

and

RLE INTERNATIONAL, INC., a
Michigan corporation,

    Third Party Plaintiff,

v.

VCST INTERNATIONAL B.V., a
Belgian private limited company f/k/a
VCST INDUSTRIAL PRODUCTS
BV,

    Third Party Defendant.

Case No. 2:25-cv-10582
Hon. Judge Denise Page Hood

**RESPONSE IN OPPOSITION TO**
**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Plaintiff RLE International, Inc. ("Plaintiff" or "RLE"), by and through its undersigned counsel, hereby submits its Response in Opposition to Motion to Withdraw as Counsel for Defendant as follows:

As noted in Defense counsel's motion, Plaintiff's counsel does not object to the relief requested but asks that this Court enter an appropriate Order of Withdrawal that requires the Defendant, a California corporation with no brick-and-mortar location in Michigan and no Resident Agent in Michigan to:

1. Retain a new attorney licensed to practice in Michigan and admitted in the Eastern District of Michigan, to file an Appearance within 30 days of the date of the entry of the Order of Withdrawal, and

2. If Defendant does retain new counsel who files an Appearance within 30 days, then Defendant shall answer the Amended Complaint within 14 days from the date of the Appearance. Fed. R. Civ. Pro. 15(a)(3).

3. A proposed order is attached hereto.

Dated: October 6, 2025                     Respectfully submitted,

By: */s/ Michael M. Jacob*
Michael M. Jacob (P15391)
Young Basile Hanlon & MacFarlane, P.C.
3001 W. Big Beaver Rd., Ste .624
Troy, MI 48084
(248) 649-3333 / (248) 649-3338 Fax
jacob@youngbasile.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 6, 2025, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

        */s/ Michael M. Jacob*
        Michael M. Jacob (P15391)

3