UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RLE INTERNATIONAL, INC., a Michigan corporation,

    Plaintiff/Counter-Defendant,

v.

MULLEN TECHNOLOGIES, INC., a California corporation,

    Defendant/Counter-Plaintiff.

and

RLE INTERNATIONAL, INC., a Michigan corporation,

    Third Party Plaintiff,

v.

VCST INTERNATIONAL B.V., a Belgian private limited company f/k/a VCST INDUSTRIAL PRODUCTS BV,

    Third Party Defendant.

Case No. 2:25-cv-10582
Hon. Judge Denise Page Hood

### [PROPOSED] ORDER
### GRANTING REQUEST TO WITHDRAW AS COUNSEL

This matter is before the Court on Kristopher K. Hulliberger's and Howard and Howard Attorneys PLLC's request to withdraw as counsel for Defendant Mullen

Technologies, Inc. in this matter. The Court is otherwise fully informed in the premises:

NOW THEREFORE; IT IS HEREBY ORDERED that Kristopher K. Hulliberger and Howard & Howard Attorneys are withdrawn as counsel for Defendant Mullen Technologies, Inc. in this matter.

IT FURTHER ORDERED that Kristopher K. Hulliberger and Howard & Howard serve a copy of this Order upon the Defendant **MULLEN TECHNOLOGIES, INC.,** a California corporation as provided for in Fed. R. Civ. Pro 4 (h) and file a Proof of Service with the Court.

IT IS FURTHER ORDERED that Kristopher K. Hulliberger and Howard & Howard serve a copy of this Order upon the Defendant's in house counsel Bill Miltner at Miltner & Menck, 403 West Broadway, Suite 960, San Diego, CA 92101 at his email address and by overnight FedEx return receipt requested and file a Proof of Service with the Court.

IT IS FURTHER ORDERED that Defendant **MULLEN TECHNOLOGIES, INC.,** a California corporation retain new counsel who shall file an Appearance in this matter within thirty (30) days from the date of this Order.

IT IS FURTHER ORDERED that in the event that Defendant **MULLEN TECHNOLOGIES, INC.,** a California corporation retain new counsel who shall file an Appearance in this matter within thirty (30) days from the date of this Order,

then **MULLEN TECHNOLOGIES, INC.,** a California corporation shall have fourteen (14) days from the date an Appearance is filed within which to file an Answer to RLE's Amended Complaint.

    **IT IS SO ORDERED.**

Date: _____                          _____
                                                                                 United States District Judge