# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **RLE INTERNATIONAL, INC.**, a Michigan corporation<br><br>            Plaintiff/Counter-Defendant,<br><br>v.<br><br>**MULLEN TECHNOLOGIES, INC.,** a California corporation,<br><br>            Defendant/Counter-Plaintiff. | Case No. 2:25-cv-10582-DPH-EAS<br><br>Hon. Judge Denise Page Hood<br>Mag. Judge Elizabeth A. Stafford |

## **CERTIFICATE OF SERVICE**

Pursuant to the Court's Order of November 21, 2025 [ECF No. 22], the ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF ATTORNEY KRISTOPHER HULLIBERGER [ECF NO. 17] was sent on November 24, 2025, via U.S. Postal Service Certified Mail, with signature required, to:

Jillian N. Green
SVP-Business & Legal Affairs
559 797 6831
1405 Pioneer St
Brea, CA 92821

William L. Miltner, Esq.
Managing Partner
402 West Broadway, Suite 960
San Diego, CA 92101

Mullen Technologies, Inc.
1818 11TH St.
Sacramento, CA 95811-6515

1

and via e-mail to:

Jillian N. Green (JGreen@bollingerEV.com)

and

William L. Miltner, Esq. (Bill@miltnerlaw.com)

Date: December 1, 2025              Respectfully Submitted,

             **HOWARD & HOWARD ATTORNEYS PLLC**

             By: */s/ Kristopher K. Hulliberger*
               Kristopher K. Hulliberger (P66903)
               450 West Fourth Street
               Royal Oak, MI 48067
               Ph:  (248) 723-0453
               kkh@h2law.com

             *Attorneys for Defendant/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 1, 2025, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will cause notice of same to be sent to all counsel of record.

By: */s/ Kristina Black*
Kristina Black