IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RLE INTERNATIONAL, INC., | ) | CASE NO. 2:25-CV-10582-DPH-EAS |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | JUDGE DENISE PAGE HOOD |
| | ) | |
| -vs.- | ) | MAGISTRATE JUDGE |
| | ) | ELIZABETH A. STAFFORD |
| MULLEN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| RLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| -vs.- | ) | |
| | ) | |
| VCST INTERNATIONAL B.V., f/k/a/ | ) | |
| VCST INDUSTRIAL PRODUCTS B.V., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

| | |
|---|---|
| **MICHAEL M. JACOB (P15391)**<br>YOUNG BASILE HANLON & MACFARLANE P.C.<br>3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084<br>Phone: (248) 649-3333<br>Fax: (248) 649-3338<br>Email: jacob@youngbasile.com<br>*Attorney for Plaintiff/Counterclaim Defendant/Third-Party Plaintiff RLE International, Inc.* | **MARKUS E. APELIS (P80275)**<br>GALLAGHER SHARP LLP<br>211 West Fort Street, Suite 660<br>Detroit, Michigan 48226<br>Phone: (313) 962-9160<br>Fax: (313) 962-9167<br>Email: mapelis@gallaghersharp.com<br>*Attorney Defendant/Counterclaim Plaintiff Mullen Technologies, Inc.* |

**NOTICE OF LIMITED APPEARANCE OF ATTORNEY**

Notice is hereby given to the Court and all counsel of record that Attorney Markus E. Apelis enters his limited appearance as counsel on behalf of Defendant/Counterclaim Plaintiff

Mullen Technologies, Inc. The purpose of this limited appearance is specifically and exclusively limited to filing a Joint Stipulation of Dismissal of this action. All further pleadings, correspondence and communications should be directed to counsel as follows:

**MARKUS E. APELIS (P80275)**
GALLAGHER SHARP, LLP
211 West Fort Street, Suite 660
Detroit, Michigan 48226
Telephone: (313) 962-9160
Facsimile: (313) 962-9167
Email: mapelis@gallaghersharp.com

Respectfully submitted,

*/s/ Markus E. Apelis*
**MARKUS E. APELIS (P80275)**
GALLAGHER SHARP LLP
211 West Fort Street, Suite 660
Detroit, Michigan 48226
Phone: (313) 962-9160
Fax: (313) 962-9167
Email: mapelis@gallaghersharp.com
*Attorney for Defendant/Counterclaim Plaintiff Mullen Technologies, Inc.*

## CERTIFICATE OF SERVICE

      The foregoing **Notice of Limited Appearance of Attorney** was electronically filed on Monday February 9, 2026. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system. Parties may access this filling through the Court's case management and electronic case filing system.

      */s/ Markus E. Apelis*
      **MARKUS E. APELIS (P80275)**
      *Attorney for Defendant/Counterclaim Plaintiff*
      *Mullen Technologies, Inc.*