UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RLE INTERNATIONAL, INC.**, a Michigan corporation,

    Plaintiff/Counter-Defendant,

v.

**MULLEN TECHNOLOGIES, INC.**, a California corporation,

    Defendant/Counter-Plaintiff.

Case No. 2:25-cv-10582
Hon. Judge Denise Page Hood

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This Stipulated Order of Dismissal comes before the Court upon the stipulation and agreement of the parties through their undersigned counsel, with the parties having reached a settlement resolving all claims between the parties in this litigation and any claims which could have been joined in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants submit this stipulation to dismiss the matter with prejudice and without attorney fees or costs to any Party. The Court, being fully advised in the premises:

**HEREBY ORDERED** that all claims brought by the parties in this matter are dismissed, *with prejudice*, and without costs or attorney fees to either party.

    **IT IS SO ORDERED.**

Dated: February 11, 2026

s/Denise Page Hood
United States District Judge

**STIPULATED AND AGREED.**

| | |
|---|---|
| */s/ Michael M. Jacob* | */s/ Markus E. Apelis (with consent)* |
| Michael M. Jacob (P15391) | Markus E. Apelis (P80275) |
| Young Basile Hanlon & MacFarlane, P.C. | Gallagher Sharp LLP |
| 3001 W. Big Beaver Rd., Ste. 624 | 1215 Superior Ave. E, Fl. 7 |
| Troy, MI 48084 | Cleveland, OH 44114-3282 |
| (248) 649-3333 / (248) 649-3338 Fax | (216) 241-5310 / (216) 241-1608 Fax |
| jacob@youngbasile.com | mapelis@gallaghersharp.com |
| *Attorneys for Plaintiff/Counter-Defendant* | *Attorneys for Defendant/Counter-Plaintiff* |
| Date: February 10, 2026 | Date: February 10, 2026 |